United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WEIRAN ZHAO,

Plaintiff,

v.

MICHAEL CHERTOFF, et al.,

Defendants.

Case No.: C 06-6840 PVT

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED WITH DIRECTIONS TO ADJUDICATE PLAINTIFF'S APPLICATION FOR NATURALIZATION BY JANUARY 19, 2007**

On November 27, 2006, Plaintiff, appearing *pro se*, and Defendants filed a stipulation and proposed order to dismiss.[1] All parties have consented to Magistrate Judge jurisdiction. Based on the file herein,

IT IS HEREBY ORDERED that no later than December 11, 2006, Defendants shall file a brief and supporting declarations showing cause, if there be any, why this matter should not be remanded to the by United States Citizenship and Immigration Services with directions to adjudicate Plaintiff's application for naturalization by January 19, 2007. *See,* 8 U.S.C. § 1447(b); *see also, e.g., Khelifa v. Chertoff*, 433 F.Supp.2d 836 (E.D.Mich. 2006).

Dated: *11/29/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.



United States District Court
For the Northern District of California

copies mailed on ______________ to:

Weiran Zhao
330 Port Royal Avenue
Foster City, CA 94404

Ila Casy Deiss
United States Attorney's Office
Northern District of California
450 Golden Gate Ave.
P.O. Box 36055
San Francisco, CA 94102

______________________________
CORINNE LEW
Courtroom Deputy