UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEIRAN ZHAO,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>        Defendants. | Case No.: C 06-6840 PVT<br><br>**ORDER REMANDING CASE TO THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES WITH DIRECTIONS TO ADJUDICATE PLAINTIFF'S APPLICATION WITHIN 30 DAYS OF ENTRY OF THIS ORDER** |

On November 27, 2006, Plaintiff, appearing *pro se*, and Defendants filed a stipulation and proposed order to dismiss.[1] All parties have consented to Magistrate Judge jurisdiction. This court issued an order to show cause why the case should not be remanded to the United States Citizenship and Immigration Services ("CIS") with directions to adjudicate Plaintiff's application for naturalization by January 19, 2007. Defendants responded to said order on November 30, 2007, and noted that the stipulation included an offer by Defendants to adjudicate the application sooner than the January 19, 2007 deadline suggested by the court. Based on the file herein,

IT IS HEREBY ORDERED that this case be, and hereby is, REMANDED to the CIS with directions to adjudicate Plaintiff's application for naturalization within 30 days of entry of this order. The court agrees with Defendant that more immediate action is preferable. However, dismissal would leave Plaintiff in the position of paying another filing fee if the CIS fails to timely adjudicate

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

her application. Absent any countervailing considerations, and Defendants cite none, remand is thus a preferable procedure for returning this matter to the jurisdiction of the CIS.

Dated: *11/30/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1  copies mailed on _____ to:

2  Weiran Zhao
   330 Port Royal Avenue
3  Foster City, CA 94404

4  Ila Casy Deiss
   United States Attorney's Office
5  450 Golden Gate Ave.
   P.O. Box 36055
6  San Francisco, CA 94102

7

8                                    _____
                                     CORINNE LEW
                                     Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*